**Robert D. BROOKS, Plaintiff— Appellant**

**v.**

**Wantonta GOLDEN, Correctional Officer; Wade Byrd, Lieutenant; Charles Williams, Sergeant; Jonathan Bennett, Sergeant; Jonathan Randell, Captain; Florence Mauney, Captain; Richard Bazzel, Warden; Michael Fowler, Grievance Clerk; R.L. Turner, Disciplinary Hearing Officer sued in their individual capacity respectively, Defendants—Appellees.**

No. 07–7458.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 28, 2008.

Decided: March 6, 2008.

Robert D. Brooks, Appellant Pro Se. Steven Michael Pruitt, McDonald, Patrick Tinsley, Baggett & Poston, Greenwood, South Carolina, for Appellees.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert D. Brooks appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brooks v. Golden*, No. 6:06–cv–01234, 2007 WL 2688603 (D.S.C. Sept. 11, 2007). We deny Brooks' motions for appointment of counsel and to file an amended complaint. We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*